**Entered on Docket**
**October 09, 2009**

_Bruce A. Markell_
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
JACQUE A. GRUBER (NV Bar #11385)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

ABRAMS & TANKO, LLLP
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

Attorneys for Secured Creditor WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re | Bankruptcy Case No. BK-S-09-23854-bam |
| | Chapter 7 |
| XIN YAN , | |
| | WACHOVIA MORTGAGE, FSB, FKA |
| Debtor(s). | WORLD SAVINGS BANK, FSB'S ORDER |
| | VACATING AUTOMATIC STAY |
| | Date: September 29, 2009 |
| | Time: 1:30 P.M. |

      A hearing on Secured Creditor Wachovia Mortgage, FSB, fka World Savings Bank, FSB's Motion for Relief From the Automatic Stay came on regularly for hearing in the United States Bankruptcy Court before the Honorable Bruce A. Markell.

1    The court having duly considered the papers and pleadings on file herein and

2    being fully advised thereon and finding cause therefor:

3    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic

4    Stay of Title 11 U.S.C. Section 362 is hereby terminated as it applies to the enforcement by

5    Secured Creditor, of all its rights in the subject property, generally described as 1605 Blooming

6    Rose St, Las Vegas, Nevada 89144, and legally described as follows:

7    SEE   LEGAL   DESCRIPTION   ATTACHED
     HERETO AS EXHIBIT A AND MADE A PART
8    HEREOF.

9    APPROVED/DISAPPROVED

10   _____

11   TIMOTHY S. CORY
     TRUSTEE

12

13   /././

14   /././

15   /././

16   /././

17   /././

18   /././

19   /././

20   /././

21   /././

22   /././

23   /././

24   /././

25   /././

26   /././

27   /././

28   /././

1    ALTERNATIVE METHOD re: RULE 9021:

2    In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

3    ☐    The court has waived the requirement of approval under LR 9021.

4    ☐    No parties appeared or filed written objections, and there is no trustee appointed in the

5    case.

6    ☒    I have delivered a copy of this proposed order to all counsel who appeared at the hearing,

7    any unrepresented parties who appeared at the hearing, and any trustee appointed in this case,

8    and each has approved or disapproved the order, or failed to respond, as indicated below [list

9    each party and whether the party has approved, disapproved, or failed to respond to the

10    document]:

11    ☐    Approved. - Debtor(s)/Debtor(s)' Attorney/Trustee

12    ☐    Disapproved. - Debtor(s)/Debtor(s)' Attorney/Trustee

13    ☒    Failed to respond. - Trustee

14                                                        ###

15    Submitted by:

16    /s/ Jacque A. Gruber
17    4375 Jutland Drive, Suite 200
      P.O. Box 17933
18    San Diego, CA 92177-0933
      (858) 750-7600
19    NV Bar 11385
      Attorney for WACHOVIA
20    MORTGAGE, FSB, FKA
      WORLD SAVINGS BANK, FSB

21

22

23

24

25

26

27

28

EXHIBIT "A"

The land referred to is situated in the State of Nevada, County of Clark, City of Las Vegas, and is described as follows·

PARCEL ONE (1):

Lot One Hundred Thirty (130) in Block Four (4) of FALLBROOK, as shown by map thereof on file in Book 82 of Plats, Page 99, and as amended by that certain Certificate of Amendment recorded February 17, 1998 in Book 980217 as Document No. 00698, in the Office of the County Recorder of Clark County, Nevada.

PARCEL TWO (2):

A non-exclusive easement for ingress, egress, and recreational use on and over the Common Area as set forth in the Master Declaration of Covenants, Conditions, and Restrictions and Reservation of Easements for SUMMERLIN COMMUNITY ASSOCIATION, recorded September 25, 1990 in Book 900925 as Document No. 01274, and amended and restated Declaration of Covenants, Conditions, and Restrictions and Reservation of Easements for SUMMERLIN NORTH COMMUNITY ASSOCIATION, recorded August 15, 1997 in Book 970815 as Document No. 00692, as the same may from time to time be amended and/or supplemented in the Office of the County Recorder of Clark County, Nevada, which easement is appurtenant to Parcel One (1).